**Darryl BOWIE, Plaintiff–Appellant,**

**v.**

**Ronald SIMS, individually and in his official capacity as the Receiver for the Personnel Board of Jefferson County, Personnel Board of Jefferson County, Defendants–Appellees.**

No. 07–15267
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2008.

Toni Jacqueline Braxton, Samuel Fisher, Wiggins, Childs, Quinn & Pantazis, LLC, Birmingham, AL, for Plaintiff–Appellant.

Brentley Tyler Cobb, Leslie Allen Coyne, Balch & Bingham, LLP, Laura C. Nettles, Christopher D. Cobb, Lloyd Gray & Whitehead, P.C., Birmingham, AL, for Defendants–Appellees.

Before BIRCH, HULL and WILSON, Circuit Judges.

PER CURIAM:

Darryl Bowie filed this action against Ronald Sims and the Personnel Board of Jefferson County (the "Board"), alleging employment discrimination in violation of Title VII and 42 U.S.C. §§ 1981 & 1983. He appeals the district court's dismissal of his claims against Sims and its order granting summary judgment in favor of the Board. After review, we affirm for the reasons set forth in the District Court's Memorandum Opinions of December 7, 2005 and October 29, 2007.

**AFFIRMED.**